**Electronically Filed
Supreme Court
SCPW-20-0000391
03-JUN-2020
02:05 PM**

SCPW-20-0000391

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

CHRISTOPHER LEE SLAVICK, Petitioner,

vs.

STATE OF HAWAIʻI, Respondent.

ORIGINAL PROCEEDING
(CASE NO. 1PC041001534)

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Christopher Lee Slavick's "Motion to Acknowledge Filing as Habeas Corpus Petition," which was filed as a petition for writ of habeas corpus on May 27, 2020 (originally filed in CAAP-17-0000834), and the record, it appears that petitioner presents no special reason for this court to invoke its jurisdiction . See Oili v. Chang, 54 Haw. 411, 412, 557 P.2d 787, 788 (1976). Accordingly,

IT IS HEREBY ORDERED that the petition for writ of habeas corpus is denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition for writ of habeas corpus without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, June 3, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson